**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

**MAY 13 2025**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON EDWARD TAVOLACCI | Criminal Indictment<br><br>No. **1:25CR234**<br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Introduction

At all times material to this indictment:

1. The defendant, Aaron Edward Tavolacci, was present in Atlanta, Georgia.

2. Charles "Chuck" Schumer was a United States Senator representing New York.

### Count One

3. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

4. On or about November 5, 2024, in the Northern District of Georgia and elsewhere, the defendant, AARON EDWARD TAVOLACCI, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Georgia to other places, that contained a

threat to injure United States Senator Charles "Chuck" Schumer; specifically, the defendant, AARON EDWARD TAVOLACCI, posted a message to X (formerly known as Twitter) which stated: "im gonna kill chuck schumer."

All in violation of Title 18, United States Code, Section 875(c).

A _____ TRUE _____ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
*United States Attorney*

/S/ BRENT ALAN GRAY
BRENT ALAN GRAY
  *Assistant United States Attorney*
Georgia Bar No. 155089

/S/ BRET R. HOBSON
BRET R. HOBSON
  *Assistant United States Attorney*
Georgia Bar No. 882520

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181